IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK LICHTENFELD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:13-cv-2237 |
| ) | |
| TRUSTMARK COMPANIES and HOLLY ) | |
| HAKES-RAMOS, ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

COMES NOW Sara Finan Melly of the law firm of Armstrong Teasdale LLP, and hereby enters her appearance on behalf of Defendants.

Dated: November 11, 2013.

      Respectfully submitted,

      ARMSTRONG TEASDALE LLP

      BY:  /s/ *Sara Finan Melly*
          Sara Finan Melly    #57501
          Laura A. Bentele    #64727
          Armstrong Teasdale LLP
          7700 Forsyth Boulevard, Suite 1800
          Telephone: (314) 621-5070
          Facsimile: (314) 621-5065
          melly@armstrongteasdale.com
          lbentele@armstrongteasdale.com

      ATTORNEYS FOR DEFENDANTS

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of November, 2013, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system and by U.S. Mail upon all counsel of record in this matter.

Jerome J. Dobson
Brian Love
DOBSON, GOLDBERG, BERNS & RICH, LLP
5017 Washington Place
Third Floor
St. Louis, Missouri 63108

/s/ *Sara Finan Melly*