## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MARK LICHTENFELD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 4:13-CV-2237 ) |
| TRUSTMARK INSURANCE COMPANY, et al. | ) ) ) |
| Defendants. | ) ) |

### ENTRY OF APPEARANCE

**COMES NOW**, Brian Love, Dobson, Goldberg, Berns & Rich, LLP and hereby enters his appearance on behalf of plaintiff Mark Lichtenfeld, M.D.

DOBSON, GOLDBERG, BERNS & RICH, LLP

By: /s/   Brian Love
Brian Love, #57735
5017 Washington Place, Third Floor
St. Louis, MO 63108
(314) 621-8363
(314) 621-8366 (fax)
blove@dobsongoldberg.com

### CERTIFICATE OF SERVICE

A copy of the foregoing was served via the court's electronic mail system this 11th day of November, 2014 on:

Sara Finan Melly
Laura A. Bentele
Armstrong Teasdale LLP
7700 Forsyth Blvd., Ste. 1800
St. Louis, MO 63105

/s/   Brian Love